UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RIVIERA DISTRIBUTORS, INC. and LARRY L. HARTLEY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TIMOTHY S. JONES and MIDWEST ELECTRONIC SPECIALTIES, INC., )<br>)<br>Defendants. ) | Case No. 04-1430 |

## O R D E R

This matter is now before the Court on Plaintiffs' Motion for Voluntary Dismissal. After a careful review of all of the relevant pleadings on file related to this issue, the Court finds that it is not appropriate to grant Plaintiffs' request to voluntarily dismiss their case without prejudice. However, Plaintiffs' alternative request to voluntarily dismiss this action with prejudice [#53] is GRANTED, and this action is hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). While the Court awards costs in favor of Defendants as provided by Federal Rule of Civil Procedure 54(d), the Court concludes that the record does not support an award of attorney's fees. As a result, the Court declines Defendants' request to award fees in connection with the dismissal

directed by this Order. All existing deadlines are now VACATED, and all pending motions are now MOOT. This matter is now TERMINATED.

ENTERED this 14th day of March, 2006.

                                                             s/ Michael M. Mihm
                                                             Michael M. Mihm
                                                             United States District Judge